# MEMORANDA

OF

*DECISIONS RENDERED DURING THE PERIOD EMBRACED IN THIS VOLUME.*

---

In the Matter of the Accounting of TEN EYCK BUNKER, as Administrator of the Estates of MARY BUNKER, JR., et al.

TEN EYCK BUNKER, Individually and as Administrator, et al., Appellants; SYRACUSE TRUST COMPANY, as Substituted Trustee under the Will of WESTON BUNKER, Deceased, Respondent.

*Matter of Bunker*, 122 App. Div. 897, affirmed.
(Argued January 7, 1908; decided January 28, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 20, 1907, which affirmed a decree of the Oswego County Surrogate's Court construing certain wills and settling the accounts of Ten Eyck Bunker, as administrator of the estates of Mary Bunker, Jr., Mary Bunker, Sr., Josephine C. Bunker and Weston Bunker, deceased.

*George N. Burt* for appellants.

*Charles W. Andrews* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

HIRAM SWEZEY, Respondent, *v.* THE VILLAGE OF BATAVIA, Appellant.

*Swezey* v. *Village of Batavia*, 121 App. Div. 926, affirmed.
(Argued January 8, 1908; decided January 28, 1908.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial depart-